**In re:**

**WANDA IVELISSE HERNANDEZ DE LA ROSA**          **Case No.     22-00732-MCF**

                                                **Chapter 13          Attorney Name:     ROBERTO FIGUEROA CARRASQUILLO\***

---

**I. Appearances**

| | | |
|---|---|---|
| Debtor | [X] Present | [ ] Absent |
| Joint Debtor | [X] Present | [ ] Absent |
| Attorney for Debtor | [X] Present | [ ] Absent |

[ ]  Prose

[ ]  Appearing:

**II. Oath Administered**
          **[X] Yes**                    **[ ] No**

**Date & Time:**     4/20/2022  3:20:00PM

**[X] R          [ ] NR     LV:   12,577 (pv:$ 14,588)**

**[X] This is debtor(s) 2 Bankruptcy filing.**

**Creditors:**

**Department of Treasury by Ms. Minoshka Velez**

---

**III. Plan**

**Date:     03/17/2022          Base:        $25,380.00    Payments 1 made out of  1 due.**

**Confirmation Hearing Date:        5/27/2022  2:15:00PM**

**Evidence of Pmt shown:**

**Attorney's fees as per R. 2016(b)**
     **$4,000.00    -  $262.00    =  $3,738.00**

**IV. Status of Meeting**

**[X] Closed          [ ] Not Held          [ ] Held/Continued**

**[ ] Held/Not Closed**

**[ ] Continued**

**Continued Date:**

**Comments:**

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear: [ ] Commence payments

 [ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

 [] MTD Already filed, see Docket:

 [ ] Other:

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

**WANDA IVELISSE HERNANDEZ DE LA ROSA**

Case No.    22-00732-MCF

Chapter 13        Attorney Name:    ROBERTO FIGUEROA CARRASQUILLO*

(Cont.)

Trustee's Report on Confirmation

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | |
| [ ] Unfair discrimination | [ ] Tax returns missing |
| | [ ] State  -  years |
| [ ] Fails disposable income | |
| [ ] Fails liquidation value test | [ ] Federal  -  years |
| [ ] Insuarence quote | |

Pending/Items/ Documents:

| | |
|---|---|
| [ ] DSO Recipient's Information | [ ] Monthly reports for the months |
| [ ] Evidence of being current with DSO | [ ] Public Liability Insurance |
| | [ ] Premises |
| [ ] Evidence of income | [ ] Vehicle(s): |
| | [ ] Licenses issued by: |

## STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

**WANDA IVELISSE HERNANDEZ DE LA ROSA**

**Case No.   22-00732-MCF**

**Chapter 13**      **Attorney Name:   ROBERTO FIGUEROA CARRASQUILLO***

---

**Trustee's objection to confirmation**

**[ ] Objection to Confirmation**
**[ ] Oral objection by creditor**

ACP:   3   HH: 2   LINE 45:

--------------

Atty fees:  per Appl. $4,000 – 0 = 4,000

-------------

Previous case:  18-04639 mcf

1. ISSUES WITH LIQUIDATION VALUE TEST, §1325(a)(4): Debtor divorced in 1995. Debtor avers that real property is half hers and half her husband. She avers that former spouse did not pay mortgage over property for past 23 years. Interest in schedule A/B should be clarified an amended as debtor has an additional credit over the real property.

As a preliminary assessment without consideration of the above; Plan has a liquidation value at present value of $14,588 that needs to be considered at part 5 box #4.

2. ISSUE WITH SECTION (Tax returns), §1325(a)(9): State tax returns:  Provide evidence of filing 2019 and 2020, as requested by Department of Treasury.
The following party(ies) object(s) confirmation:

**s/Elvis Cortes**

**Date:   04/20/2022**

**Trustee/Presiding Officer**

**(Rev. 05/13)**